UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

CIVIL ACTION NO: 3:14-cv-04887-MBS

| | |
|---|---|
| ABC Legal Services, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **MOTION TO WITHDRAW AS COUNSEL** |
| Korn Law Firm, P.A., Peter D. Korn, ) | |
| Individually, Robert Hall, Clarkson Law ) | |
| Firm, LLC, formerly known as Clarkson ) | |
| and Korn, LLC, and Butler & Hosch, P.A., ) | |
| ) | |
| Defendants. ) | |
| ) | |

W. Duvall Spruill of Turner Padget Graham & Laney P.A., attorneys for Butler & Hosch, P.A., hereby moves the Court for an Order allowing them to withdraw as counsel in this matter.

The reason for the withdrawal stems from the recent developments regarding Defendant Butler & Hosch, P.A. According to announcements publicly made by Butler & Hosch, P.A., the law firm has submitted to the Courts of Florida to have an Assignment for the Benefit of Creditors implemented, which was accomplished about May 14, 2015. Since receiving word of this development on May 18, 2015, the undersigned has attempted unsuccessfully to communicate either with the senior partner, Robert Hosch, our previous contact, or with the Assignee, Michael Moecker.

Our request to the client to consent to this Motion has received no response. All counsel who have appeared for other parties in this suit have voiced their consent to this Motion.

        s/ W. Duvall Spruill
        W. Duvall Spruill (Fed I.D. No. 4269)
        E-mail: dspruill@turnerpadget.com
        Turner Padget Graham & Laney P.A.
        P.O. Box 1473
        Columbia, South Carolina 29202
        Telephone: (803) 254-2200
        Fax: 17th Floor (803) 799-3957
        **ATTORNEYS FOR BUTLER & HOSCH, P.A.**

May 27, 2015