UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
Columbia Division

| | |
|---|---|
| ABC Legal Services, Inc.<br><br>         Plaintiff,<br>vs.<br><br>Korn Law Firm, P.A., Peter D. Korn, Individually, Robert Hall, Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC, and Butler & Hosch, P.A.,<br><br>         Defendants.<br><br>Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC,<br><br>       Cross Claim Plaintiff,<br>vs.<br><br>Korn Law Firm, P.A. and Peter D. Korn,<br><br>      Cross Claim Defendants. | C.A. NO. 3:14-4887-MBS<br><br><br><br>STIPULATION OF DISMISSAL<br>AS TO CLARKSON LAW FIRM, LLC f/k/a<br>CLARKSON AND KORN, LLC ONLY |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), having reached and consumated a settlement with Defendant, Plaintiff, ABC Legal Services, Inc., dismisses with prejudice its Lawsuit against Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC. This dismissal is as to Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC **only**. This civil action shall continue as to all remaining litigants.

  Respectfully submitted this Tuesday, June 09, 2015.

/s/ Eric C. Hale
Eric C. Hale, (Federal Bar No. 9404)
125 Executive Pointe Blvd., Ste. 204
Columbia, South Carolina 29210
803.250.5252 (telephone)
866.543.3040 (facsimile)
eric@erichalelaw.com (email)

s/Eric S. Bland
Eric S. Bland (Federal Bar No. 64132)
1500 Calhoun Street
Columbia, South Carolina 29202
803.256.9664 (telephone)
803.256.3056 (facsimile)
ericbland@blandrichter.com (e-mail)