IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ABC Legal Services, Inc.,   )<br>   )<br>            Plaintiff,   )<br>   )<br>   vs.   )<br>   )<br>Korn Law Firm, P.A.; Peter D. Korn,   )<br>individually; Robery Hall; Clarkson   )<br>Law Firm, LLC, formerly known as   )<br>Clarkson and Korn, LLC; and Butler &   )<br>Hosh, P.A.,   )<br>            Defendants.   )<br>_____)  | C/A No. 3:14-04887-MBS<br><br><br><br>**O R D E R** |

This matter is before the court on motion filed on July 13, 2015 of Eric S. Bland, Ronald L. Richter, Jr., and Scott Mongillo, of Bland Richter, LLP, counsel for Plaintiff ABC Legal Services, Inc., to be relieved as counsel with the consent of their client. ECF No. 39. In accordance with Local Rule 83.I.07, D.S.C., counsel (1) filed a consent to withdrawal signed by Plaintiff ABC Legal Services, Inc.; (2) provided the court with a mailing address and phone number for Plaintiff ABC Legal Services, Inc.; and (3) confirmed that Plaintiff has been advised that a corporation cannot proceed without counsel and that counsel must be admitted in this District.

Counsel's motion to be relieved (ECF No. 39) is **granted**. The court again cautions Defendant that a corporation or other artificial entity can only act through its agents. It cannot proceed *pro se* in federal court. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *RZS Holdings AVV v. PDVSA Petroleo S.A.*, 506 F.3d 350, 354 n.3 (4th Cir. 2007). Accordingly, Plaintiff ABC Legal Services, Inc., is directed to inform this court within fifteen (15) days of the date of entry of

this order of the name of its new counsel.  **DEFENDANT IS CAUTIONED THAT SHOULD IT FAIL TO TIMELY COMPLY WITH THIS ORDER, ITS FAILURE TO DEFEND COULD SUBJECT IT TO JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55.**

**IT IS SO ORDERED.**

    s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

July 15, 2015