# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| ABC Legal Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:14-04887 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Korn Law Firm, P.A.; Peter D. Korn, individually; Robert Hall; Clarkson Law Firm, LLC, f/k/a Clarkson and Korn, LLC; and Butler & Hosch, P.A., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On August 5, 2015, this court entered an order requiring Plaintiff to show cause no later than August 15, 2015, why the within action should not be dismissed pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. ECF No. 45. Plaintiff has not responded to the court's order. As Plaintiff is a corporation and cannot proceed *pro se*, it appears that Plaintiff has abandoned this action. Accordingly, this case is dismissed **with prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

August 17, 2015

Columbia, South Carolina