# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# Columbia Division

| | |
|---|---|
| ABC Legal Services, Inc.<br><br>Plaintiff,<br>vs.<br><br>Korn Law Firm, P.A., Peter D. Korn, Individually, Robert Hall, Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC, and Butler & Hosch, P.A.,<br><br>Defendants.<br><br>Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC<br><br>    Cross Claim Plaintiff,<br>vs.<br><br>Korn Law Firm, P.A. and Peter D. Korn,<br><br>    Cross Claim Defendants. | **C.A. NO.** 3:14-4887-MBS<br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant, Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC no longer wishing to pursue its cross-claims against Korn Law Firm, P.A. and Peter D. Korn, Defendant, Clarkson Law Firm, LLC f/k/a Clarkson and Korn, LLC, dismisses with prejudice its cross-claim(s) against Korn Law Firm, P.A. and Peter D. Korn.

This Friday, September 04, 2015.

| | |
|---|---|
| /s/ Eric C. Hale<br>Eric C. Hale, Esq.<br>LAW OFFICE OF ERIC C. HALE, LLC<br>125 Executive Pointe Blvd.<br>Columbia, SC 29210<br><br>*Attorneys for Defendant* | s/ Julio E. Mendoza, Jr.<br>Julio E. Mendoza, Jr., Esq.<br>NEXSEN PRUET, LLC<br>1230 Main Street, Suite 700<br>Columbia, SC 29201<br><br>*Attorneys for Defendants* |